

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| KAREN LOUISE BURNETT, | § | |
| Appellant, | § | No. 08-21-00040-CV |
| v. | § | Appeal from the |
| THOMAS REFINE BURNETT, | § | 388th District Court |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC# 95-13356) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF APRIL, 2021.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.